IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHNATHAN NEIL FOIX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-13-0340-C |
| ) | |
| CUSTER COUNTY SHERIFF'S OFFICE, ) | |
| ) | |
| Defendant. ) | |

ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Shon T. Erwin on October 8, 2013. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 11) is adopted and Plaintiff's civil rights complaint is dismissed for failure to state a claim upon which relief can be granted and a judgment will enter.

IT IS SO ORDERED this 31st day of October, 2013.

ROBIN J. CAUTHRON
United States District Judge